# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Schering-Plough Healthcare Product, Inc.

    V.

The Spring Air Company

CIVIL 09-1947 (PGS)

ORDER

It appearing that proceedings in the above matter have been stayed pending the disposition of hearings before the United States Bankruptcy Court which may become dispositive of the litigation here pending,

It is on this 6th day of October 2009,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

                                      PETER G. SHERIDAN, U.S.D.J.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Costa, et al | : | CIVIL 08-4691(PGS) |
| | : | |
| V. | : | |
| | | ORDER FOR DISMISSAL |
| Dekleine, et al | : | Pursuant to General |
| | : | Rule 41.1 |

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since notice from the Clerk on September 22, 2009,

It is on this 6th day of October 2009,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

_____
PETER G. SHERIDAN, U.S.D.J.